Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA 92108
Tel: 619/758-1891
Fax: 619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant Credence Resource Management LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO KANTE,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDENCE RESOURCE<br>MANAGEMENT LLC,<br><br>            Defendant. | ) Case No: 17-CV-04619 WHO<br>)<br>) NOTICE OF SETTLEMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE IS HEREBY GIVEN that this matter has been settled in its entirety. The parties are in the process of finalizing a settlement agreement and anticipate the settlement agreement will be fully executed and the settlement terms

will be fully performed within 45 days.  The Parties will then file a stipulation for dismissal.

Dated: 9/21/17                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/Harijot S. Khalsa*
                                  Harijot S. Khalsa
                                  Attorney for Defendant
                                  Credence Resource Management LLC

Dated: 9/21/17                    Bosco A Kante
                                  Bosco Kante, Plaintiff

Notice of Settlement

2